**David A. CRABTREE, Plaintiff—Appellant,**

v.

**TRIMBUER, Jail Doctor; Nurse Cunningham, Head Nurse; M. Miller, Nurse, Defendants—Appellees.**

No. 09–7845.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 22, 2009.

David A. Crabtree, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Crabtree seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Bene-*

*ficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Crabtree seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*